# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Andrea B. Clay,

    Plaintiff(s),              JUDGMENT IN A CIVIL CASE

vs.                                3:10-cv-444

Michael J. Astrue,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 9, 2011 Order.

Signed: June 9, 2011

Frank G. Johns, Clerk
United States District Court